# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| RDA Contracting, Inc. ) | ASBCA No. 59626 |
| ) | |
| Under Contract No. W91238-11-C-0015 ) | |

APPEARANCE FOR THE APPELLANT:     Daniel L. Baxter, Esq.
                                    Wilke, Fleury, Hoffelt, Gould & Birney, LLP
                                    Sacramento, CA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                   Robert W. Scharf, Esq.
                                   Timothy A. Holliday, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Sacramento

## ORDER OF DISMISSAL

Appellant has filed a motion to dismiss the referenced appeal without prejudice pursuant to Board Rule 18(b) as a consequence of unforeseen circumstances not within the control of the Board that preclude Board disposition of the appeal. The government has no objection to the motion.

Accordingly, the appeal is dismissed without prejudice under Rule 18(b). Unless either party or the Board acts within one year to reinstate the appeal, the dismissal shall be deemed with prejudice.

Dated: 19 January 2016


ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59626, Appeal of RDA Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals